**United States District Court**
**Central District of California**

Shlomo Y. Rechnitz, et al.,
                Plaintiffs,

v.

Transamerica Life Insurance Company, et al.,
                Defendants.

LA 17-cv-03970-VAP (AFMx)

**Judgment**

FILED
CLERK, U.S. DISTRICT COURT
JUL 27, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order granting Defendant Transamerica Life Insurance Company's Motion to Dismiss, IT IS ORDERED AND ADJUDGED that Plaintiffs' First Amended Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   7/27/18

Virginia A. Phillips
Chief United States District Judge